**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

COREY L. WATKINS,

Plaintiff,

v.

TIMOTHY O'DELL, et al.

Defendants.

Civil 01-1826 (JRT/SRN)

**ORDER OF REFERENCE**

---

Corey L. Watkins, Prairie Correctional Facility, Box 500, Appleton, MN 56208-0500, *pro se* plaintiff.

Robert M. Lewis, BEST & FLANAGAN, 601 Second Avenue South, Suite 4000, Minneapolis, MN 55402, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendants' motion to dismiss [Docket No. 3] is referred to the Honorable Susan R. Nelson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing.

DATED: June 13, 2002
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JUN 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____